**92–507.** Canton Twp. Bd. of Trustees v. Bowman. *Stark County*, Nos. CA–8650 and CA–8667.

**92–509.** Estate of Baxter v. Grange Mut. Cas. Co. *Stark County*, No. CA–8339.
HOLMES, J., dissents.

**92–511.** Great Northern Savings Co. v. Houston. *Summit County*, No. 15172.
RESNICK, J., dissents.

**92–514.** Beckmann v. Indian Hill Club, Inc. *Hamilton County*, No. C–910159.
HOLMES, WRIGHT and H. BROWN, JJ., dissent.

**92–519.** Bailey v. Chu. *Summit County*, Nos. 15085 and 15089. On motion and cross-motion to certify the record. Motions denied.

**92–522.** Canter v. Canter. *Tuscarawas County*, No. 91AP080061.

**92–525.** Eichenberger v. Petree. *Franklin County*, No. 91AP–570.

**92–533.** Reynolds v. Waldman. *Hancock County*, No. 59040.
HOLMES, DOUGLAS and H. BROWN, JJ., dissent.

**92–551.** Crawford v. Sanwardeker. *Stark County*, No. CA–8288. (Notices of appeal of Timken Mercy and Dr. Davis et al.)
HOLMES and WRIGHT, JJ., dissent.

**92–555.** Buckeye Union Ins. Co. v. Billo. *Richland County*, No. CA–2890.
HOLMES, J., dissents.

**92–581.** Bloom v. Bloom. *Montgomery County*, No. 12825.

**92–587.** Toensing v. MK–Ferguson Co. *Cuyahoga County*, No. 61670.
HOLMES and WRIGHT, JJ., dissent.